NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000814
28-MAY-2014
08:23 AM**

CAAP-12-0000814

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
BRADFORD B.L. LING, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTA-12-00083)

ORDER DENYING MOTION FOR TO RECONSIDER SDO OPINION
(By: Nakamura, C.J., and Fujise and Leonard, JJ.)

Upon consideration of the "Motion to Reconsider SDO Opinion" filed on May 23, 2014 by Defendant-Appellant, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, May 28, 2014.

Chief Judge

Associate Judge

Associate Judge